UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR ALBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:24-CV-339-D** |
| FRANK J. BISIGNANO, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on June 12, 2025 [D.E. 18], the court ADOPTS the conclusions in the M&R [D.E. 17] and REMANDS the action to the Commissioner.

This Judgment filed and entered on June 12, 2025, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

June 12, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk