THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00339-D-RN

| | |
|---|---|
| ARTHUR ALBERT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANK BISIGNANO, )<br>  Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | ORDER FOR PAYMENT OF<br>ATTORNEY FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT |

Upon Motion of the Plaintiff and Consent of Defendant, it is ORDERED that Defendant pay to Plaintiff $5,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be reimbursed $405.00 in costs from the Judgment Fund by the U.S. Treasury pursuant to 28 U.S.C. § 2412(a)(1).

SO ORDERED. This the 13 day of August, 2025.

JAMES C. DEVER III
United States District Judge