UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ARTHUR ALBERT, )
)
    Plaintiff )
)
vs. ) **JUDGMENT**
) **CASE NO. 5:24-CV-339-D**
FRANK BISIGNANO, Commissioner of )
Social Security, )
)
    Defendant. )

**Decision by Court.**

**This action came before the Honorable James C. Dever III, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** Upon Motion of the Plaintiff and Consent of Defendant, it is ORDERED that Defendant pay to Plaintiff $5,500.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Additionally, Plaintiff shall be reimbursed $405.00 in costs from the Judgment Fund by the U.S. Treasury pursuant to 28 U.S.C. § 2412(a)(l).

This Judgment filed and entered on August 13, 2025, and copies to:

Derrick Kyle Arrowood    (via CM/ECF electronic notification)
Wanda Mason    (via CM/ECF electronic notification)
Samantha Zeiler    (via CM/ECF electronic notification)

August 13, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Amber Harrison
Deputy Clerk